UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: LEVESQUE, TIMOTHY    JOINT DEBTOR: LEVESQUE, DEIRDRE    CASE NO.: 18-19487-EPK

SS#: xxx-xx-5574    SS#: xxx-xx-8907

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☒ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,023.20 for months 1 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $6164.00 | Total Paid: $0.00 | Balance Due: $6164.00 |
|---|---|---|
| Payable $616.40 /month (Months 1 to 10 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 + $525.00 (M2Value Personal Property) + $2,100.00 (M2Avoid Lien [4]) + $39.00 (Costs) = $6,164.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Nationstar Mortgage LLC d/b/a Mr. Cooper

| Address: ATTN: Bankruptcy Dept PO Box 619096 Dallas TX 75261-9741 | Arrearage/ Payoff on Petition Date | $2,091.45 | |
|---|---|---|---|
| | Regular Payment (Maintain) | $1,075.10 | /month (Months 1 to 60 ) |
| Last 4 Digits of Account No.: 5408 | Arrears Payment (Cure) | $10.00 | /month (Months 1 to 10 ) |
| | Arrears Payment (Cure) | $39.83 | /month (Months 11 to 60 ) |
| Other: The Payments to St. Lucie County Tax Collectors are part of the escrow payments. | | | |

☒ Real Property                                   Check one below for Real Property:
   ☒ Principal Residence              ☒ Escrow is included in the regular payments
   ☐ Other Real Property              ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
249 SW North Wakefield Cir Port Saint Lucie, FL 34953

☐ Personal Property/Vehicle
Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Wells Fargo Bank N.A., d/b/a Wells Fargo Auto | Value of Collateral: $16,050.00 | **Payment** |
|---|---|---|
| Address: P.O. Box 19657, Irvine, CA 92623 | Amount of Creditor's Lien: $18,325.35 | Total paid in plan: $18,283.80 |
| Last 4 Digits of Account No.: 3835 | Interest Rate: 5.25% | $137.77 /month (Months 1 to 10) |
| VIN: 1C6RR6GTZES171924 | | $338.13 /month (Months 11 to 60) |
| Description of Collateral: 2014 Dodge RAM 1500 SLT | | |

Check one below:
☒ Claim incurred 910 days or more pre-petition
☐ Claim incurred less than 910 days pre-petition

3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE** ☐ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| 1. Creditor: Capital One Bank (USA), N.A. | Collateral: | Homestead Property Located at: 249 SW North Wakefield Cir Port Saint Lucie, FL 34953 |
|---|---|---|
| Address: P.O. Box 30285, Salt Lake City, UT 84130 | | Homestead Exemption: Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 ~Homestead-160 acres |
| Last 4 Digits of Account No.: 6392 | Exemption: | outside municipality or 1/2 acre in municipality |

| | | | |
|---|---|---|---|
| 2. | Creditor: Capital One Bank (USA), N.A. | Collateral: | Homestead Property Located at: 249 SW North Wakefield Cir, Port Saint Lucie, FL 34953 |
| | Address: P.O. Box 30285, Salt Lake City, UT 84130 | Exemption: | Homestead Exemption: Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 ~Homestead-160 acres outside municipality or 1/2 acre in municipality |
| | Last 4 Digits of Account No.: 1036 | | |
| 3. | Creditor: Discover Bank | Collateral: | Homestead Property Located at: 249 SW North Wakefield Cir, Port Saint Lucie, FL 34953 |
| | Address: P.O. Box 3025, New Albany, OH 43054 | Exemption: | Homestead Exemption: Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 ~Homestead-160 acres outside municipality or 1/2 acre in municipality |
| | Last 4 Digits of Account No.: 4909 | | |
| 4. | Creditor: LVNV Funding | Collateral: | Homestead Property Located at: 249 SW North Wakefield Cir, Port Saint Lucie, FL 34953 |
| | Address: P.O. Box 10497, Greenville, SC 29603 | Exemption: | Homestead Exemption: Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 ~Homestead-160 acres outside municipality or 1/2 acre in municipality |
| | Last 4 Digits of Account No.: 8956 | | |

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay $386.21 /month (Months 11 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ■ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

Debtor(s): LEVESQUE, TIMOTHY , LEVESQUE,I   Case number: 18-19487-EPK

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The Debtors' son will continue making payments to Sheffield Financial (Acct.# 8112) for the 2014 BRP GTI Limited 155 Jet Ski , the 2014 BRP GTR 215 Jet Ski, and the 2015 Continental AWC25E-2500 Trailer.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ | Debtor | October 30, 2018 | /s/ | Joint Debtor | October 30, 2018 |
| LEVESQUE, TIMOTHY | | Date | LEVESQUE, DEIRDRE | | Date |

Brian J. Cohen, Esq.          October 30, 2018
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**